UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA GLAUDE, | No.  2:26-cv-0604 DJC AC |
| Plaintiff, | |
| v. | ORDER |
| SAN JOAQUIN COUNTY, et al., | |
| Defendants. | |

The court is in receipt of plaintiff's request to participate in electronic filing pursuant to Local Rule 133, and for an extension of time to file an amended complaint.  ECF No. 6.  The request will be GRANTED in part and DENIED in part.

First, the motion for an extension of time is GRANTED and plaintiff shall have an additional 30 days from the date of this order to file her amended complaint.

As to the request to file electronically, the court notes that although the Eastern District of California is an electronic management/filing district, unrepresented persons are required to file and serve paper documents unless the assigned District Judge or Magistrate Judge grants leave to utilize electronic filing.  L.R. 133(a), (b)(2).   Although the motion is DENIED with respect to utilizing the CM/ECF system to file documents and plaintiff will continue to file paper documents with the Court through conventional means, the motion is GRANTED with respect to electronic service of documents. The Clerk is DIRECTED to configure plaintiff's account so that plaintiff

will receive immediate email notifications when documents are filed in the case.  Plaintiff consents to receive service of documents electronically and waives the right to receive service by first class mail pursuant to FRCP 5(b)(2)(D).

IT IS SO ORDERED.

DATED: June 18, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE