UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERICA GLAUDE,

Plaintiff,

v.

SAN JOAQUIN COUNTY, et al,

Defendants.

No. 2:26-cv-0604 DJC AC PS

ORDER

Plaintiff is proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(21). Plaintiff has requested a 30 to 45-day extension of time to file her first amended complaint. ECF No. 9. Plaintiff indicates she is attempting to find counsel and review records. Id.

For good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an amended complaint by September 9, 2026.
2. If plaintiff fails to timely comply with this order, the undersigned may recommend that this action be dismissed for failure to prosecute.

DATED: July 27, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE