UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA GLAUDE,<br>Plaintiff,<br>v.<br>SAN JOAQUIN COUNTY and STOCKTON POLICE DEPARTMENT,<br>Defendants. | No. 2:26-cv-0604 DJC AC PS<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is proceeding in this action pro se. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). On May 5, 2026, the undersigned granted plaintiff's request to proceed with in forma puperis status but rejected the complaint in accordance with the IFP screening process and gave plaintiff 30 days to file an amended complaint. ECF No. 3. Plaintiff did not file an amended complaint, and the undersigned issued an order to show cause why the case should not be dismissed for failure to prosecute. ECF No. 4. Plaintiff requested additional time to file the amended complaint, and the court gave her an additional 30 days. ECF No. 7. Plaintiff did not timely file the amended complaint but instead moved for another extension of time to file the amended complaint (ECF No. 9), which the court granted. ECF No. 10. The court cautioned plaintiff that the amended complaint must be filed by September 9, 2026, or the undersigned may recommend dismissal for failure to prosecute. ECF No. 10. The deadline for filing has passed, and plaintiff has not filed

the anticipated amended complaint. Plaintiff has had over four months to file an amended complaint but has not done so.

In recommending this action be dismissed for failure to prosecute, the court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted). Because this case cannot move forward without plaintiff's participation, the court finds the factors weigh in favor of dismissal. Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order. See Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Local Rule 304(d). Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 15, 2026

Allison Claire

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE